**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GRISSELLE RAMOS<br>         v.<br>PLAYTEX PRODUCTS, INC., RC2 CORP.,<br>LEARNING CURVE BRANDS, INC., and<br>MEDELA, INC. | Case Number:<br>FILED COPY: MAY 9, 2008<br>08CV2703   EDA<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - GRISSELLE RAMOS

| |
|---|
| NAME (Type or print)<br>Mary Jane Fait |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Mary Jane Fait |
| FIRM<br>Wolf Haldenstein Adler Freeman & Herz LLC |
| STREET ADDRESS<br>55 W. Monroe Street, Suite 1111 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6182377 | 312/984-0000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐