**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GRISSELLE RAMOS<br>v.<br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION,<br>LEARNING CURVE BRANDS, INC., and MEDELA, INC. | Case Number: 08 CV 2703 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RC2 CORPORATION (Defendant) and LEARNING CURVE BRANDS, INC. (Defendant)

| | |
|---|---|
| NAME (Type or print)<br>Thomas J. Hayes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas J. Hayes | |
| FIRM<br>Ice Miller LLP | |
| STREET ADDRESS<br>2300 Cabot Dr., Suite 455 | |
| CITY/STATE/ZIP<br>Lisle, IL  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280179 | TELEPHONE NUMBER<br>630-857-7616 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |