IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Grisselle Ramos, opn behalf of herself and all others similarly situated<br><br>vs.<br><br>Playtex Products, Inc., et al. | Case Number   08 CV 2703 |

### AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of May, 2008, at 11:20 AM at 1101 Corporate Drive, McHenry, IL 60050, did serve the following document(s):

**Summons and Complaint**

Upon: **Medela, Inc.**

By: ☑ Personally serving to:   Anita Matheson-H.R Manager

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 1101 Corporate Drive, McHenry, IL 60050 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **46** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **140** | Hair Color | **Blonde** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GRISSELLE RAMOS, on behalf of herself and all others similarly situated,

V.

PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,

CASE NUMBER: 08CV2703 EDA

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Medela, Inc.
1101 Corporate Drive
McHenry, IL 60050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel: (312) 984-0000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Esperanza Arnold_
(By) DEPUTY CLERK



May 9, 2008
Date