IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>PLAYTEX PRODUCTS, INC., RC2 )<br>CORPORATION, LEARNING CURVE )<br>BRANDS, INC., and MEDELA, INC., )<br>)<br>      Defendants. ) | No. 08 CV 2703<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:    Mary Jane Fait
           Theodore B. Bell
           Wolf, Haldenstein, Adler, Freeman & Herz, LLC
           55 W. Monroe St., Suite 1111
           Chicago, IL  60603

      PLEASE TAKE NOTICE that on **Tuesday, June 3, 2008**, at **9:30 a.m**., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Joan Humphrey Lefkow or whomever may be designated to sit in her stead, in Courtroom 1925 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANTS RC2'S AND LEARNING CURVE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**, a copy of which is attached hereto and copies of which are hereby served upon you.

                                                  Respectfully submitted,

                                                  RC2 CORPORATION
                                                  LEARNING CURVE BRANDS, INC.

                                                  /s/ Bart T. Murphy

Bart T. Murphy (#6181178)
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle, IL  60532
630-955-6392

C/66343.1

**CERTIFICATE OF SERVICE**

    The undersigned an attorney, states that on May 29, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

| | |
|---|---|
| Mary Jane Fait | fait@whafh.com |
| Theodore Bell | tbell@whafh.com |

/s/ Bart T. Murphy

C/66343.1