IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,  )<br>  )<br>Defendants.  ) | No. 08 CV 2703<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

**SUPPLEMENT TO DEFENDANTS RC2'S AND LEARNING CURVE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING INDICATING PLAINTIFF'S AGREEMENT TO THE MOTION**

NOW COME Defendants RC2 CORPORATION ("RC2") and LEARNING CURVE BRANDS, INC. ("Learning Curve"), ("Defendants") by their attorneys Ice Miller LLP and hereby supplement their previously filed motion for a request for an extension of time to file a responsive pleading to July 2, 2008 to advise the court that the motion is now an agreed motion as plaintiff's counsel indicated on May 30, 2008 that they agree to the requested extension of time.

1. While Defense counsel was unable to reach Plaintiff's counsel to discuss Defendants' motion for an extension of time to file a responsive pleading prior to filing their motion, on May 30, 2008, Defense counsel spoke to Plaintiff's counsel, John Tangren, who indicated that Plaintiff would agree to the requested extension of time. Therefore Defendant's motion is now an agreed motion.

WHEREFORE, Defendants RC2 and Learning Curve request that the Court grant their agreed motion to extend the time for them to file their responsive pleading to July 2, 2008.

                                      Respectfully submitted,

                                      RC2 CORPORATION
                                      LEARNING CURVE BRANDS, INC.

                                      s/Bart T. Murphy_____
                                      By one of their attorneys

                                      Bart T. Murphy
                                      Ice Miller LLP
                                      2300 Cabot Dr., Ste,. 455
                                      Lisle, IL 60532
                                      (630) 955-6392

Bart T. Murphy
Thomas J. Hayes
Ice Miller LLP
2300 Cabot Dr., Ste.455
Lisle, IL 60532
630-955-6392

2

## CERTIFICATE OF SERVICE

      The undersigned an attorney, states that on May 30, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

      Mary Jane Fait      fait@whafh.com

      Theodore Bell      tbell@whafh.com

      s/Bart T. Murphy

Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste,. 455
Lisle, IL 60532
(630) 955-6392

C/66368.1