UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Grisselle Ramos, on behalf of herself )
and all others similarly situated, )
)
) Case Number: 2008 CV 2703
Plaintiff, )
Vs. )
)
Playtex Products, Inc., RC2 Corporation,)
Learning Curve Brands, Inc., and )
Medela, Inc., )
Defendants. )

## AFFIDAVIT

I, Kevin Farina, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on May 21, 2008 at 2:01 PM. I served this **Summons and Complaint** and upon **Playtex Products, Inc.**, at 300 Nyala Farms Road, Westport, Connecticut 06880 by serving:

Name: Brigitta Brewster

Title: Paralegal

Description: Sex: Female, Race: White  Age: 48

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

Sworn to before me on
May 24, 2008

Linda J. Perlmutter
My Commission Expires 12/31/08

_____
Process Server
Kevin Farina

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GRISSELLE RAMOS, on behalf of herself and all others similarly situated,

V.

PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,

CASE NUMBER:  08CV2703   EDA
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Playtex Products, Inc.
300 Nyala Farms Road
Westport, Connecticut  06880

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:  (312) 984-0000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*
------------------------------------
**(By) DEPUTY CLERK**

May 9, 2008
------------------------------------
Date

