IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br>　　　　Defendants. | )<br>)<br>)　　No. 08 CV 2703<br>)<br>)　　Judge Lefkow<br>)<br>)　　Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT RC2 CORPORATION'S FRCP 7.1 and L.R. 3.2 STATEMENTS**

NOW COMES a Defendant, RC2 CORPORATION ("RC2") by its attorneys Ice Miller LLP and makes the following disclosures pursuant to FRCP 7.1 and L.R. 3.2.

1.　**FRCP 7.1 Disclosure Statement**

　　(a)　RC2 has no parent corporation and no publicly held corporation owns more than 10% of its stock.

2.　**L.R. 3.2 Statement – Notification of Affiliates**

　　(a)　RC2 has no publicly held affiliates.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　RC2 CORPORATION

　　　　　　　　　s/Bart T. Murphy_____
　　　　　　　　　By one of its attorneys

　　　　　　　　　Bart T. Murphy
　　　　　　　　　Ice Miller LLP
　　　　　　　　　2300 Cabot Dr., Ste,. 455
　　　　　　　　　Lisle, IL 60532
　　　　　　　　　(630) 955-6392

1

Bart T. Murphy
Thomas J. Hayes
Ice Miller LLP
2300 Cabot Dr., Ste.455
Lisle, IL 60532
630-955-6392

## CERTIFICATE OF SERVICE

The undersigned an attorney, states that on June 2, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

        Mary Jane Fait        fait@whafh.com

        Theodore Bell        tbell@whafh.com


        s/Bart T. Murphy_____

        Bart T. Murphy
        Ice Miller, LLP
        2300 Cabot Dr., Ste,. 455
        Lisle, IL 60532
        (630) 955-6392


C/66407.1