IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | No. 08 CV 2703 |
| Plaintiff, ) ) | |
| ) | Judge Lefkow |
| v. ) ) | |
| ) | Magistrate Judge Schenkier |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT LEARNING CURVE BRANDS INC.'S**
**FRCP 7.1 and L.R. 3.2 STATEMENTS**

NOW COMES a Defendant, LEARNING CURVE BRANDS, INC. ("Learning Curve"), by its attorneys Ice Miller LLP and hereby makes the following disclosures pursuant to FRCP 7.1 and L.R. 3.2.

1. **FRCP 7.1 Disclosure Statement**

    (a)   RC2 Corporation is the parent corporation of Learning Curve and owns more than 10% of its stock.

2. **L.R. 3.2 Statement – Notification of Affiliates**

    (a)   RC2 Corporation owns more than 5% of the stock of Learning Curve.

                                            Respectfully submitted,

                                            LEARNING CURVE BRANDS, INC.

                                            s/Bart T. Murphy_____
                                            Bart T. Murphy
                                            Ice Miller LLP
                                            2300 Cabot Dr., Ste,. 455
                                            Lisle, IL 60532
                                            (630) 955-6392

Bart T. Murphy
Thomas J. Hayes
Ice Miller LLP
2300 Cabot Dr., Ste.455
Lisle, IL 60532
630-955-6392

## CERTIFICATE OF SERVICE

      The undersigned an attorney, states that on June 2, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

      Mary Jane Fait      fait@whafh.com

      Theodore Bell      tbell@whafh.com

      s/Bart T. Murphy_____

      Bart T. Murphy
      Ice Miller LLP
      2300 Cabot Dr., Ste,. 455
      Lisle, IL 60532
      (630) 955-6392

C/66408.1