## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08CV2703

Ramos v. Playtex Products, Inc.,
RC2 Corporation, Learning Curve Brands, Inc.,
and Medela, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Medela, Inc.

| |
|---|
| NAME (Type or print) <br> Charles W. Kierpiec |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles W. Kierpiec |
| FIRM <br> Winston & Strawn LLP |
| STREET ADDRESS <br> 35 West Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283242 | TELEPHONE NUMBER <br> (312) 558-8062 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐