UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>  Defendants. | Case No. 08CV2703<br><br>Judge Lefkow<br><br>Magistrate Judge Ashman |

**LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT MEDELA, INC.**

Defendant Medela, Inc. ("Medela"), by and through its attorneys Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Medela is wholly owned by its parent company, Medela Holding AG (Baar, Switzerland).

Dated: June 2, 2008

Respectfully submitted,

MEDELA INC.

By: /s/ Susan M. Benton
 One of Its Attorneys

Susan M. Benton  (sbenton@winston.com)
Alexis T. MacDowall  (amacdowall@winston.com)
Kevin A. Banasik  (kbanasik@winston.com)
Charles W. Kierpiec  (ckierpiec@winston.com)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of June 2008, I caused a copy of the foregoing document, LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT MEDELA INC., to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Attorneys for Plaintiffs:*

    Mary Jane Fait  (fait@whafh.com)
    Adam J. Levitt  (levitt@whafh.com)
    Theodore B. Bell  (tbell@whafh.com)
    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
    55 West Monroe Street
    Suite 1111
    Chicago, Illinois 60603
    T: (312) 984-0000

*Attorneys for RC2 Corporation and Leading Curves Brands, Inc.:*

    Bart Thomas Murphy  (bart.murphy@icemiller.com)
    Thomas J. Hayes  (thomas.hayes@icemiller.com)
    ICE MILLER LLP
    2300 Cabot Drive
    Suite 455
    Lisle, Illinois 60532
    T: (630) 955-6392

        /s/ Charles W. Kierpiec