UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated ) ) | |
| Plaintiffs, ) | Case No. 08CV2703 |
| ) | |
| v. ) | Judge Lefkow |
| ) | |
| ) | Magistrate Judge Ashman |
| PLAYTEX PRODUCTS, INC., RC2 ) CORPORATION, LEARNING CURVE ) BRANDS, INC., and MEDELA, INC., ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

| | |
|---|---|
| Mary Jane Fait | Bart Thomas Murphy |
| Adam J. Levitt | Thomas J. Hayes |
| Theodore B. Bell | ICE MILLER LLP |
| WOLF HALDENSTEIN ADLER | 2300 Cabot Drive, Suite 455 |
| FREEMAN & HERZ LLC | Lisle, Illinois 60532 |
| 55 West Monroe Street, Suite 1111 | |
| Chicago, Illinois 60603 | |

   PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Medela, Inc., by its attorneys, will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Defendant Medela, Inc.'s Motion to Sever Claims against Medela, Inc., a copy of which accompanies this Notice and is hereby served upon you.

| | |
|---|---|
| Dated: June 2, 2008 | Respectfully submitted, |
| | |
| | MEDELA INC. |
| | |
| | By:   /s/ Susan M. Benton |
| |       One of Its Attorneys |

Susan M. Benton  (sbenton@winston.com)
Alexis T. MacDowall  (amacdowall@winston.com)
Kevin A. Banasik  (kbanasik@winston.com)
Charles W. Kierpiec  (ckierpiec@winston.com)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

*Attorneys for Defendant,*
   *Medela Inc.*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of June 2008, I caused a copy of the foregoing document, NOTICE OF MOTION, to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Attorneys for Plaintiffs:*

  Mary Jane Fait  (fait@whafh.com)
  Adam J. Levitt  (levitt@whafh.com)
  Theodore B. Bell  (tbell@whafh.com)
  WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
  55 West Monroe Street
  Suite 1111
  Chicago, Illinois 60603
  T: (312) 984-0000

*Attorneys for RC2 Corporation and Leading Curves Brands, Inc.:*

  Bart Thomas Murphy  (bart.murphy@icemiller.com)
  Thomas J. Hayes  (thomas.hayes@icemiller.com)
  ICE MILLER LLP
  2300 Cabot Drive
  Suite 455
  Lisle, Illinois 60532
  T: (630) 955-6392


      /s/ Charles W. Kierpiec