U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GRISSELLE RAMOS
v.
PLAYTEX PRODUCTS, INC., RC2 CORP.,
LEARNING CURVE BRANDS, INC., and
MEDELA, INC.

Case Number: 1:08-cv-02703

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Playtex Products, Inc.

| Field | Value |
|---|---|
| NAME (Type or print) | Andrew Rothschild |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Andrew Rothschild |
| FIRM | Lewis, Rice & Fingersh, LC |
| STREET ADDRESS | 500 N. Broadway, Suite 2000 |
| CITY/STATE/ZIP | Saint Louis, Missouri 63102 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | 314-444-7600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ |