IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:08-cv-02703 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**AGREED MOTION OF DEFENDANT PLAYTEX PRODUCTS, INC. FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Defendant Playtex Products, Inc. ("Playtex"), by and through their counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure hereby requests the Court to extend the time for them to file their responsive pleading to July 2, 2008. In support of this motion, Defendant states as follows:

1. This action was filed on May 9, 2008, and Playtex was served on May 21, 2008. Playtex's responsive pleading is due on June 10, 2008.

2. Playtex's counsel is investigating the claims asserted and is in the process of developing a strategy for responding to Plaintiff's claims, and Playtex's counsel seeks additional time, up to and including July 2, 2008, to further its investigation and formulate a responsive pleading.

3. On or about June 2, 2008, Playtex's counsel spoke with John Tangren, counsel for the Plaintiff, who indicated that Plaintiff would agree to the requested extension of time.

1464068.01

WHEREFORE, Defendant Playtex Products, Inc. requests that the Court grant them an extension of time to July 2, 2008 to file its responsive pleading.

                                            Respectfully submitted,

                                            **LEWIS, RICE & FINGERSH, L.C.**

Dated: June 4, 2008                      By:      /s/ Andrew Rothschild
                                            Andrew Rothschild, 90785356
                                            Richard B. Walsh, Jr., 6187007
                                            500 North Broadway, Suite 2000
                                            St. Louis, Missouri 63102
                                            (314) 444-7603
                                            (314) 612-7603 (facsimile)

                                            *Counsel for Defendant Playtex Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney states that on June 4, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

Mary Jane Fait — fait@whafh.com
Adam J. Levitt — alevitt@whafh.com
Theodore B. Bell — tbell@whafh.com
*Counsel for the Plaintiff*

Bart T. Murphy — bart.murphy@icemiller.com
Thomas J. Hayes — Thomas.hayes@icemiller.com
*Counsel for RC2 Corporation and Learning Curve Brands, Inc.*

Susan M. Benton — sbenton@winston.com
Alexis MacDowall — amacdowall@winston.com
Charles W. Kierpiec — ckierpiec@winston.com
Kevin A. Banasik — kbanasik@winston.com
*Counsel for Medela, Inc.*

/s/ Andrew Rothschild