UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>            Defendants. | Case No. 08-CV-2703<br><br>Judge Lefkow<br><br>Mag. Judge Schenkier |

## NOTICE OF MOTION

**TO:**    See Attached Certificate of Service

PLEASE TAKE NOTICE that on **June 17, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, Plaintiff, by her undersigned counsel, shall appear before the Honorable Judge Joan Humphrey Lefkow, or any Judge sitting in her stead, in the Courtroom usually occupied by her in Room 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiff's Uncontested Motion for Reassignment and Consolidation*, a copy of which is attached and hereby served upon you.

Dated: June 5, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER**
      **FREEMAN & HERZ LLC**

__/s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John E. Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel:   (312) 984-0000
Fax:  (312) 984-0001

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2008 copies of *Plaintiff's Uncontested Motion for Reassignment and Consolidation* was served by causing a true and correct copy of same to be delivered to defense counsel listed below via electronic transmission and through the Court's ECF system.

Bart T. Murphy
Thomas J. Hayes
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, IL  60532
bart.murphy@icemiller.com
thomas.hayes@icemiller.com
*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.*

Andrew Rothschild
Richard Walsh, Jr.
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
arothschild@lewisrice.com
rwalsh@lewisrice.com
*Counsel for Defendant Playtex Products, Inc.*

Susan M. Benton
Alexis T. MacDowall
Kevin A. Banasik
Charles W. Kierpiec
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
sbenton@winston.com
amacdowall@winston.com
kbanasik@winston.com
ckierpiec@winston.com
*Counsel for Defendant Medela, Inc.*

Robert E. Browne
Dexter G. Benoit
**NEAL GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, Illinois  60602
Rbrowne@ngelaw.com
dbenoit@ngelaw.com
*Counsel for Defendant Playtex Products, Inc.*

Dated: June 5, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

_____/s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John E. Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:    (312) 984-0000
Fax:    (312) 984-0001

*Counsel for Plaintiff*