UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Grisselle Ramos
                Plaintiff,

v.                                                Case No.: 1:08−cv−02703
                                                Honorable Joan H. Lefkow

Playtex Products, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant Playtex Products, Inc.'s agreed motion for extension of time to 7/2/2008 to file responsive pleading [32] is granted. Response to defendant Medela Inc.'s motion to sever claims against Medela, Inc. is due by 6/23/2008; reply is due by 7/7/2008; ruling will issue by mail. Status hearing of 7/10/2008 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.