UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 1:08-cv-02703 ) Case No. 1:08-cv-02828 ) |
| v. | ) Judge Lefkow ) |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) Magistrate Judge Schenkier ) ) ) ) |
| Defendants. | ) |

**RESPONSE IN SUPPORT OF MEDELA INC.'S MOTION TO SEVER CLAIMS AGAINST MEDELA, INC.**

Defendant Playtex Products, Inc. ("Playtex"), by and through its undersigned attorneys, hereby notifies the Court that Playtex supports Defendant Medela Inc.'s Motion to Sever Claims Against Medela, Inc. (Dkt. #26), and that Playtex intends to file its own Motion to Sever Claims Against Playtex by no later than July 2, 2008, the date by which Playtex must file its responsive pleading in these consolidated cases.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

Dated: June 23, 2008

By:  /s/ Andrew Rothschild

Andrew Rothschild, 90785356 (arothschild@lewisrice.com)
Richard B. Walsh, Jr., 6187007 (rwalsh@lewisrice.com)
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7603
(314) 612-7603 (facsimile)

*Counsel for Defendant Playtex Products, Inc.*

1467469.01

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2008, I caused a copy of the foregoing document, DEFENDANT PLAYTEX PRODUCTS, INC.'S RESPONSE IN SUPPORT OF MEDELA INC.'S MOTION TO SEVER CLAIMS AGAINST MEDELA, INC., to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Counsel for the Plaintiffs:*

Mary Jane Fait        fait@whafh.com
Adam J. Levitt        alevitt@whafh.com
Theodore B. Bell      tbell@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.:*

Bart T. Murphy        bart.murphy@icemiller.com
Thomas J. Hayes       Thomas.hayes@icemiller.com
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532

*Counsel for Defendant Medela Inc.:*

Susan M. Benton       sbenton@winston.com
Alexis T. MacDowall   amacdowall@winston.com
Kevin A. Banasik      kbanasik@winston.com
Charles W. Kierpiec   ckierpiec@winston.com

/s/ Andrew Rothschild