UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, | ) ) ) | Case No. 08-CV-2703 |
| Plaintiff, | ) ) ) | Judge Lefkow |
| vs. | ) ) ) | Mag. Judge Ashman |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DINA SCALIA, JENNIFER SUAREZ, and MARISSA LOPEZ, on behalf of herself and others similarly situated, | ) ) ) ) | Case No. 08-CV-2828 |
| Plaintiffs, | ) ) ) | Judge Lefkow |
| vs. | ) ) ) | Mag. Judge Ashman |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

**TO:**   See Attached Certificate of Service

PLEASE TAKE NOTICE that on **July 1, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, Plaintiffs, by their undersigned counsel, shall appear before the Honorable Judge Joan Humphrey Lefkow, or any Judge sitting in her stead, in the Courtroom usually occupied by her in Room 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present ***Plaintiffs' Motion to Strike Portions of***

*Defendant Medela's Answers and Defenses*, a copy of which is attached and hereby served upon you.

Dated: June 23, 2008                                   Respectfully submitted,

                                                       **WOLF HALDENSTEIN ADLER
                                                             FREEMAN & HERZ LLC**


                                                       __/s/ Mary Jane Fait_____
                                                       Mary Jane Fait
                                                       Theodore B. Bell
                                                       John Tangren
                                                       55 W. Monroe Street, Suite 1111
                                                       Chicago, IL  60603
                                                       Tel:    (312) 984-0000
                                                       Fax:    (312) 984-0001

                                                       *Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2008 copies of ***Plaintiffs' Motion to Strike Portions of Defendant Medela's Answers and Defenses*** was served by causing a true and correct copy of same to be delivered to defense counsel listed below via electronic transmission and through the Court's ECF system.

Bart T. Murphy
Thomas J. Hayes
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, IL 60532
bart.murphy@icemiller.com
thomas.hayes@icemiller.com
*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.*

Andrew Rothschild
Richard Walsh, Jr.
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
arothschild@lewisrice.com
rwalsh@lewisrice.com
*Counsel for Defendant Playtex Products, Inc.*

Susan M. Benton
Alexis T. MacDowall
Kevin A. Banasik
Charles W. Kierpiec
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
sbenton@winston.com
amacdowall@winston.com
kbanasik@winston.com
ckierpiec@winston.com
*Counsel for Defendant Medela, Inc.*

Robert E. Browne
Dexter G. Benoit
**NEAL GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
Rbrowne@ngelaw.com
dbenoit@ngelaw.com
*Counsel for Defendant Playtex Products, Inc.*

Dated: June 23, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

_____/s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel:   (312) 984-0000
Fax:   (312) 984-0001

***Counsel for Plaintiffs***

3