**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated ) ) ) | **Civil Action No. 08cv2703** |
| Plaintiff, ) ) ) | |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC. ) ) ) ) | Magistrate Judge Schenkier  ORAL ARGUMENT REQUESTED |
| Defendants. ) ) | |
| DINA SCALIA, JENNIFER SUAREZ, and MARISSA LOPEZ, on behalf of themselves and all others similarly situated ) ) ) ) | **Case No. 08cv2828** |
| Plaintiffs, ) ) | Judge Lefkow |
| v. ) ) | Magistrate Judge Schenkier |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | ORAL ARGUMENT REQUESTED |
| Defendants. ) | |

**NOTICE OF DEFENDANT MEDELA INC.'S MOTION
FOR ENTRY OF A CASE MANAGEMENT ORDER PURSUANT TO RULE 16(c)(12)**

Mary Jane Fait  (fait@whafh.com)
Theodore B. Bell  (tbell@whafh.com)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, Illinois  60603
T: (312) 984-0000

John E. Tangren  (jtangren@kirkland.com)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Suite 6100
Chicago, Illinois  60601
T:  (312) 861-2000

1

Bart Thomas Murphy  (bart.murphy@icemiller.com)
Thomas J. Hayes  (thomas.hayes@icemiller.com)
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois 60532
T: (630) 955-6392


Andrew Rothschild  (arothschild@lewisrice.com)
Richard B. Walsh, Jr.  (rwalsh@lewisrice.com)
LEWIS, RICE & FINGERSH
500 North Broadway
Suite 2000
St. Louis, Missouri  63102
T: (312) 444-7600


Dexter G. Benoit  (dbenoit@ngelaw.com)
Robert Edward Browne  (rbrowne@ngelaw.com)
NEAL, GERBER & EISENBERG
Two North LaSalle Street
Suite 2200
Chicago, Illinois  60602
T: (312) 269-8000


PLEASE TAKE NOTICE that on Thursday, June 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Medela Inc., by its attorneys, will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present DEFENDANT MEDELA INC.'S MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER PURSUANT TO RULE 16(c)(12), a copy of which accompanies this Notice and is hereby served upon you.

Dated:  June 23, 2008

Respectfully submitted,

MEDELA INC.

By:   /s/ Susan M. Benton
     One of Its Attorneys

**WINSTON & STRAWN LLP**
Susan M. Benton  (sbenton@winston.com)
Alexis MacDowall  (amacdowall@winston.com)
Kevin A. Banasik  (kbanasik@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

*Attorneys for Defendant,*
  *Medela Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2008, I caused a copy of the foregoing document, DEFENDANT MEDELA INC.'S NOTICE OF MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER PURSUANT TO RULE 16(c)(12), to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Attorneys for Plaintiffs:*

Mary Jane Fait  (fait@whafh.com)
Theodore B. Bell  (tbell@whafh.com)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, Illinois 60603
T: (312) 984-0000

John E. Tangren  (jtangren@kirkland.com)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Suite 6100
Chicago, Illinois  60601
T:  (312) 861-2000

*Attorneys for RC2 Corporation and Leading Curves Brands, Inc.:*

Bart Thomas Murphy  (bart.murphy@icemiller.com)
Thomas J. Hayes  (thomas.hayes@icemiller.com)
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois 60532
T: (630) 955-6392

*Attorneys for Playtex Products, Inc.:*

Andrew Rothschild  (arothschild@lewisrice.com)
Richard B. Walsh, Jr.  (rwalsh@lewisrice.com)
LEWIS, RICE & FINGERSH
500 North Broadway
Suite 2000
St. Louis, Missouri  63102
T: (312) 444-7600

Dexter G. Benoit  (dbenoit@ngelaw.com)
Robert Edward Browne  (rbrowne@ngelaw.com)
NEAL, GERBER & EISENBERG
Two North LaSalle Street
Suite 2200
Chicago, Illinois  60602
T: (312) 269-8000


   /s/  Kevin A. Banasik

5