UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, ) ) ) | Case No. 08-CV-2703 |
| Plaintiff, ) ) ) | Judge Lefkow |
| vs. ) ) | Mag. Judge Ashman |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) |  |
| Defendants. ) ) |  |

## NOTICE OF FILING

**TO:** See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 23, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, *Plaintiff's Memorandum in Opposition to Medela, Inc.'s Motion for Severance,* a copy of which is attached and hereby served upon you.

Dated: June 23, 2008                    Respectfully submitted,

                                        WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLC


                                          /s/ Mary Jane Fait
                                        Mary Jane Fait
                                        Theodore B. Bell
                                        John Tangren
                                        55 W. Monroe Street, Suite 1111
                                        Chicago, IL  60603
                                        Tel:    (312) 984-0000
                                        Fax:    (312) 984-0001

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2008 copies of ***Plaintiff's Memorandum in Opposition to Medela, Inc.'s Motion for Severance,*** was served by causing a true and correct copy of same to be delivered to defense counsel listed below via the Court's ECF system and by electronic transmission from the offices of Wolf Haldenstein Adler Freeman & Herz LLC.

Bart T. Murphy
Thomas J. Hayes
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, IL  60532
bart.murphy@icemiller.com
thomas.hayes@icemiller.com
*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.*

Andrew Rothschild
Richard Walsh, Jr.
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
arothschild@lewisrice.com
rwalsh@lewisrice.com
*Counsel for Defendant Playtex Products, Inc.*

Susan M. Benton
Alexis T. MacDowall
Kevin A. Banasik
Charles W. Kierpiec
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
sbenton@winston.com
amacdowall@winston.com
kbanasik@winston.com
ckierpiec@winston.com
*Counsel for Defendant Medela, Inc.*

Robert E. Browne
Dexter G. Benoit
**NEAL GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, Illinois  60602
Rbrowne@ngelaw.com
dbenoit@ngelaw.com
*Counsel for Defendant Playtex Products, Inc.*

Dated: June 23, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

      /s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:    (312) 984-0000

*Counsel for Plaintiffs*

2