IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 CV 2703<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

**NOTICE OF MOTION**

TO:　See Attached Certificate of Service

　　　PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Joan Humphrey Lefkow or whomever may be designated to sit in her stead, in Courtroom 1925 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT LEARNING CURVE BRANDS, INC.'S MOTION FOR REASSIGNMENT AND CONSOLIDATION OF RELATED CASE**, a copy of which is attached hereto and copies of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LEARNING CURVE BRANDS, INC.

　　　　　　　　　　　　　　　　　　/s/ Bart T. Murphy

Bart T. Murphy (#6181178)
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle, IL 60532
630-955-6392

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on June 26, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

*Attorneys for Grisselle Ramos and Dina Scalia, et al.*
Mary Jane Fait (fait@whafh.com)
Theodore B. Bell (tbell@whafh.com)

*Attorneys for Jessica Smith*
Elizabeth A. Fegan (beth@hbsslaw.com)
Daniel J. Kurowski (dank@hbsslaw.com)
Timothy P. Mahoney (timm@hbsslaw.com)

*Attorneys for Playtex Products, Inc.*
Andrew Rothschild (arothschild@lewisrice.com)
Richard B. Walsh, Jr. (rwalsh@lewisrice.com)
Dexter G. Benoit (dbenoit@ngelaw.com)
Robert E. Browne (rbrowne@ngelaw.com)

*Attorneys for Medela, Inc.*
Susan M. Benton (sbenton@winston.com)
Alexis MacDowall (amacdowall@winston.com)
Charles W. Kierpiec (ckierpiec@winston.com)
Kevin A. Banasik (kbanasik@winston.com)

                                               s/ Bart T. Murphy
                                               Bart T. Murphy
                                               Ice Miller LLP
                                               2300 Cabot Dr., Ste,. 455
                                               Lisle, IL 60532
                                               (630) 955-6392