UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Grisselle Ramos
                        Plaintiff,

v.                                           Case No.: 1:08−cv−02703
                                                  Honorable Joan H. Lefkow

Playtex Products, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 6/26/2008. Oral motion of remaining defendants who have not yet answered to respond to the complaint by 7/2/2008 is granted. Response to defendant's motion for entry of a case management order [46] is due by 7/10/2008; reply is due by 7/24/2008. Response to plaintiffs' motion to strike defendant Medela's answers and defenses [43] is due by 7/10/2008; reply is due by 7/24/2008. Hearing and ruling on defendant's motion to sever [26], defendant's motion for entry of a case management order [46], and plaintiffs' motion to strike defendant Medela's answers and defenses [43] is set before Honorable Joan H. Lefkow on 8/28/2008 at 10:00 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.