IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated,    )<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,    )<br>)<br>)<br>)<br>Defendants.    ) | No. 08 CV 2703<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

### NOTICE OF AGREEMENT OF PLAINTIFFS IN RAMOS CASE OF AGREEMENT TO DEFENDANT LEARNING CURVE BRANDS, INC.'S MOTION FOR REASSIGNMENT AND CONSOLIDATION

NOW COMES a Defendant, LEARNING CURVE BRANDS, INC., by its attorneys, Ice Miller LLP, and hereby informs the Court that on June 26, 2008, John Tangren, counsel for Plaintiff Grisselle Ramos, contacted Learning Curve's counsel and requested that we inform the Court that Plaintiffs in the Ramos Action agree that the Smith Action should be reassigned to this Court's docket and consolidated into the Ramos Action as requested in Learning Curve's Motion which has been noticed for July 1, 2008.

Respectfully submitted,

LEARNING CURVE BRANDS, INC.

s/ Bart T. Murphy
By one of its attorneys
Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle, IL  60532
630-955-6392

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, states that on June 27, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

*Attorneys for Plaintiffs Grisselle Ramos and Dina Scalia, et al.*
    Mary Jane Fait (fait@whafh.com)
    Theodore B. Bell (tbell@whafh.com)

*Attorneys for Defendant Playtex Products, Inc.*
    Andrew Rothschild (arothschild@lewisrice.com)
    Richard B. Walsh, Jr. (rwalsh@lewisrice.com)
    Dexter G. Benoit (dbenoit@ngelaw.com)
    Robert E. Browne (rbrowne@ngelaw.com)

*Attorneys for Defendant Medela, Inc.*
    Susan M. Benton (sbenton@winston.com)
    Alexis MacDowall (amacdowall@winston.com)
    Charles W. Kierpiec (ckierpiec@winston.com)
    Kevin A. Banasik (kbanasik@winston.com)

      A copy of the foregoing was also sent by e-mail and facsimile to counsel for Plaintiff in the Smith Action.

    *Attorneys for Plaintiff Jessica Smith*
    Elizabeth A. Fegan (beth@hbsslaw.com)
    Daniel J. Kurowski (dank@hbsslaw.com)
    Timothy P. Mahoney (timm@hbsslaw.com)
    Facsimile: 708-776-5601

                                                                                         s/ Bart T. Murphy
                                                                                              Bart T. Murphy
                                                                                              Ice Miller LLP
                                                                                              2300 Cabot Dr., Ste,. 455
                                                                                             Lisle, IL 60532
                                                                                             (630) 955-6392

C/67441.1