### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>Defendants. | Case No. 08-CV-2703<br><br>Judge Lefkow<br><br>Mag. Judge Ashman |
| DINA SCALIA, JENNIFER SUAREZ, and MARISSA LOPEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>Defendants. | Case No. 08-CV-2828<br><br>Judge Lefkow<br><br>Mag. Judge Ashman |

**PLAINTIFFS' STATEMENT REGARDING DEFENDANT MEDELA INC.'S RESPONSE TO DEFENDANT LEARNING CURVE BRANDS, INC.'S MOTION FOR REASSIGNMENT AND CONSOLIDATION OF RELATED CASE**

Plaintiffs hereby submit the following statement regarding Defendant Medela, Inc.'s ("Medela") Response ("Response") to Defendant Learning Curve Brands, Inc.'s Motion for Reassignment and Consolidation of Related Case (the "Motion to Consolidate"), and state as follows:

Medela has indicated that it "does not contest the instant motion." (Response ¶ 3.) Medela's response should have ended there. Medela's remarks following this statement have no bearing to whether the Court should grant the Motion to Consolidate, a motion to which neither Medela nor any other party voiced any opposition during the parties' June 24 appearance before this Court. Rather, Medela's remarks are an improper attempt to color this Court's thinking on other motions unrelated to the Motion to Consolidate, and this Court should disregard them.

Dated: June 27, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

  /s/ Mary Jane Fait
Mary Jane Fait
Theodore B. Bell
John E. Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:    (312) 984-0000
Fax:    (312) 984-0001

*Counsel for Plaintiffs*