### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

_____
|                                      )
**GRISSELLE RAMOS, on behalf of herself** )    **Case No. 08-CV-2703**
**and others similarly situated,**       )
                                         )    **Judge Lefkow**
                   **Plaintiff,**        )
                                         )    **Mag. Judge Ashman**
        **vs.**                          )
                                         )
**PLAYTEX PRODUCTS, INC., RC2**          )
**CORPORATION, LEARNING CURVE**          )
**BRANDS, INC., and MEDELA, INC.,**      )
                                         )
                   **Defendants.**       )
_____)

### NOTICE OF FILING

**TO:**    **See Attached Certificate of Service**

　　　　**PLEASE TAKE NOTICE** that on June 27, 2008, we filed with the Clerk of the United

States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn

Street, Chicago, Illinois 60604, *Plaintiffs' Statement Regarding Defendant Medela Inc.'s*

*Response to Defendant Learning Curve Brands, Inc.'s Motion  for Reassignment and*

*Consolidation of Related Case,* a copy of which is attached and hereby served upon you.


Dated: June 27, 2008                    Respectfully submitted,

                                        **WOLF HALDENSTEIN ADLER**
                                        　　**FREEMAN & HERZ LLC**


                                        __/s/ Mary Jane Fait_____
                                        Mary Jane Fait
                                        Theodore B. Bell
                                        John Tangren
                                        55 W. Monroe Street, Suite 1111
                                        Chicago, IL  60603
                                        Tel:    (312) 984-0000
                                        Fax:    (312) 984-0001

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2008 copies of *Plaintiffs' Statement Regarding Defendant Medela Inc.'s Response to Defendant Learning Curve Brands, Inc.'s Motion  for Reassignment and Consolidation of Related Case,* was served by causing a true and correct copy of same to be delivered to defense counsel listed below via the Court's ECF system and by electronic transmission from the offices of Wolf Haldenstein Adler Freeman & Herz LLC.

Bart T. Murphy
Thomas J. Hayes
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, IL  60532
bart.murphy@icemiller.com
thomas.hayes@icemiller.com
*Counsel for Defendants RC2 Corporation
and Learning Curve Brands, Inc.*

Andrew Rothschild
Richard Walsh, Jr.
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
arothschild@lewisrice.com
rwalsh@lewisrice.com
*Counsel for Defendant Playtex Products, Inc.*

Susan M. Benton
Alexis T. MacDowall
Kevin A. Banasik
Charles W. Kierpiec
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
sbenton@winston.com
amacdowall@winston.com
kbanasik@winston.com
ckierpiec@winston.com
*Counsel for Defendant Medela, Inc.*

Robert E. Browne
Dexter G. Benoit
**NEAL GERBER & EISENBERG
    LLP**
Two N. LaSalle Street, Suite 2200
Chicago, Illinois  60602
Rbrowne@ngelaw.com
dbenoit@ngelaw.com
*Counsel for Defendant Playtex
Products, Inc.*

Dated: June 27, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLC**


_____/s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:     (312) 984-0000

*Counsel for Plaintiffs*