**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Grisselle Ramos vs. Playtex Products, Inc., RC2 Corporation, Learning Curve Brands, Inc., and Medela, Inc., et al. | 08 cv 2703 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RC2 CORPORATION and LEARNING CURVE BRANDS, INC.

| NAME (Type or print) | |
|---|---|
| JENEE M. STRAUB | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jenee M. Straub | |
| FIRM | |
| ICE MILLER, LLP | |
| STREET ADDRESS | |
| 2300 Cabot Drive, Suite 455 | |
| CITY/STATE/ZIP | |
| Lisle, IL  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270698 | (630) 955-0555 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com