UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-2703 |
| v. | ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |
| DINA SCALIA, et al., on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-CV-2828 |
| v. | ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. | ) | |
| JESSICA SMITH, on behalf of herself and all others similarly situation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-3352 |
| v. | ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

**DISCLOSURE STATEMENT OF DEFENDANT PLAYTEX, INC.**

1468485.01

NOW COMES Defendant Playtex, Inc., by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, states as follows:

1. The parent company of Playtex is Energizer Corp.

2. Energizer Corp., is a publicly traded company that holds more than ten percent of Playtex's stock.

3. Other than Energizer Corp., Playtex has no publicly held affiliates owning more than five percent of its stock.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

Dated: July 2, 2008

By: /s/ Andrew Rothschild
Andrew Rothschild, 90785356
Richard B. Walsh, Jr., 6187007
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7603
(314) 612-7603 (facsimile)

NEAL, GERBER & EISENBERG, LLC
Robert E. Browne, 0321761
Dexter G. Benoit, 6284677
Two N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5225
(312) 750-6418 (facsimile)

*Counsel for Defendant Playtex Products, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2008, I caused a copy of the foregoing document, DISCLOSURE STATEMENT OF DEFENDANT PLAYTEX, INC., to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Counsel for Plaintiffs Ramos, Scalia, Suarez, and Lopez:*

Mary Jane Fait            fait@whafh.com
Adam J. Levitt            alevitt@whafh.com
Theodore B. Bell          tbell@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiff Smith:*

Elizabeth A. Fegan        beth@hbsslaw.com
Timothy P. Mahoney        timm@hbsslaw.com
Daniel J. Kurowski        dank@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Blvd., Suite B
Oak Park, IL 60301

*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.:*

Bart T. Murphy            bart.murphy@icemiller.com
Thomas J. Hayes           Thomas.hayes@icemiller.com
Jenee M. Straub           Jenee.straub@icemiller.com
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532

*Counsel for Defendant Medela Inc.:*

Susan M. Benton           sbenton@winston.com
Alexis T. MacDowall       amacdowall@winston.com
Kevin A. Banasik          kbanasik@winston.com
Charles W. Kierpiec       ckierpiec@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

                                        /s/ Andrew Rothschild