UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-CV-2703 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |
| DINA SCALIA, et al., on behalf of themselves and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 08-CV-2828 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | Magistrate Judge Ashman |
| Defendants. ) | |
| JESSICA SMITH, on behalf of herself and all others similarly situation, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-CV-3352 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | Magistrate Judge Brown |
| Defendants. ) | |

**NOTICE OF MOTION**

1469197.01

| | |
|---|---|
| Mary Jane Fait<br>Adam J. Levitt<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603 | Susan M. Benton<br>Alexis T. MacDowall<br>Kevin A. Banasik<br>Charles W. Kierpiec<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 |
| Elizabeth A. Fegan<br>Timothy P. Mahoney<br>Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Blvd., Suite B<br>Oak Park, IL 60301 | Bart T. Murphy<br>Thomas J. Hayes<br>Jenee M. Straub<br>ICE MILLER LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532 |

PLEASE TAKE NOTICE that on Tues., July 8, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Playtex Products, Inc., by its attorneys, will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Defendant Playtex Products, Inc.'s Motion to Dismiss Plaintiffs' Complaints for Lack of Standing or, in the Alternative, for More Definite Statement, , a copy of which accompanies this Notice and is hereby served upon you.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

Dated: July 2, 2008

By: ___/s/ Andrew Rothschild___
Andrew Rothschild, 90785356
Richard B. Walsh, Jr., 6187007
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7603
(314) 612-7603 (facsimile)

**NEAL, GERBER & EISENBERG, LLC**
Robert E. Browne, 0321761
Dexter G. Benoit, 6284677
Two N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5225
(312) 750-6418 (facsimile)

*Counsel for Defendant Playtex Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2008, I caused a copy of the foregoing document, DEFENDANT PLAYTEX PRODUCTS, INC.'S NOTICE OF MOTION, to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Counsel for Plaintiffs Ramos, Scalia, Suarez, and Lopez:*

    Mary Jane Fait         fait@whafh.com
    Adam J. Levitt        alevitt@whafh.com
    Theodore B. Bell      tbell@whafh.com
    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
    55 West Monroe Street, Suite 1111
    Chicago, IL 60603

*Counsel for Plaintiff Smith:*

    Elizabeth A. Fegan     beth@hbsslaw.com
    Timothy P. Mahoney   timm@hbsslaw.com
    Daniel J. Kurowski    dank@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
    820 North Blvd., Suite B
    Oak Park, IL 60301

*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.:*

    Bart T. Murphy       bart.murphy@icemiller.com
    Thomas J. Hayes     Thomas.hayes@icemiller.com
    Jenee M. Straub     Jenee.straub@icemiller.com
    ICE MILLER LLP
    2300 Cabot Drive, Suite 455
    Lisle, IL 60532

*Counsel for Defendant Medela Inc.:*

    Susan M. Benton     sbenton@winston.com
    Alexis T. MacDowall  amacdowall@winston.com
    Kevin A. Banasik    kbanasik@winston.com
    Charles W. Kierpiec  ckierpiec@winston.com
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601

                                            /s/ Andrew Rothschild