UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-CV-2703 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |
| DINA SCALIA, et al., on behalf of themselves and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 08-CV-2828 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. ) | |
| JESSICA SMITH, on behalf of herself and all others similarly situation, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-CV-3352 |
| v. ) ) | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., ) ) ) ) | Magistrate Judge Brown |
| Defendants. ) | |

## NOTICE OF MOTION

1466821.01

| | |
|---|---|
| Mary Jane Fait | Susan M. Benton |
| Adam J. Levitt | Alexis T. MacDowall |
| Theodore B. Bell | Kevin A. Banasik |
| WOLF HALDENSTEIN ADLER | Charles W. Kierpiec |
| FREEMAN & HERZ LLC | WINSTON & STRAWN LLP |
| 55 West Monroe Street, Suite 1111 | 35 West Wacker Drive |
| Chicago, IL 60603 | Chicago, IL 60601 |
| | |
| Elizabeth A. Fegan | Bart T. Murphy |
| Timothy P. Mahoney | Thomas J. Hayes |
| Daniel J. Kurowski | Jenee M. Straub |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ICE MILLER LLP |
| 820 North Blvd., Suite B | 2300 Cabot Drive, Suite 455 |
| Oak Park, IL 60301 | Lisle, IL 60532 |

PLEASE TAKE NOTICE that on Tues., July 8, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Playtex Products, Inc., by its attorneys, will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Defendant Playtex Products, Inc.'s Motion to Sever Claims against Playtex Products, Inc., a copy of which accompanies this Notice and is hereby served upon you.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

Dated: July 2, 2008

By: /s/ Andrew Rothschild
Andrew Rothschild, 90785356
Richard B. Walsh, Jr., 6187007
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7603
(314) 612-7603 (facsimile)

NEAL, GERBER & EISENBERG, LLC
Robert E. Browne, 0321761
Dexter G. Benoit, 6284677
Two N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5225
(312) 750-6418 (facsimile)

*Counsel for Defendant Playtex Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2008, I caused a copy of the foregoing document, DEFENDANT PLAYTEX PRODUCTS, INC.'S NOTICE OF MOTION, to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Counsel for Plaintiffs Ramos, Scalia, Suarez, and Lopez:*

> Mary Jane Fait          fait@whafh.com
> Adam J. Levitt          alevitt@whafh.com
> Theodore B. Bell        tbell@whafh.com
> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
> 55 West Monroe Street, Suite 1111
> Chicago, IL 60603

*Counsel for Plaintiff Smith:*

> Elizabeth A. Fegan      beth@hbsslaw.com
> Timothy P. Mahoney      timm@hbsslaw.com
> Daniel J. Kurowski      dank@hbsslaw.com
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 820 North Blvd., Suite B
> Oak Park, IL 60301

*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.:*

> Bart T. Murphy          bart.murphy@icemiller.com
> Thomas J. Hayes         Thomas.hayes@icemiller.com
> Jenee M. Straub         Jenee.straub@icemiller.com
> ICE MILLER LLP
> 2300 Cabot Drive, Suite 455
> Lisle, IL 60532

*Counsel for Defendant Medela Inc.:*

> Susan M. Benton         sbenton@winston.com
> Alexis T. MacDowall     amacdowall@winston.com
> Kevin A. Banasik        kbanasik@winston.com
> Charles W. Kierpiec     ckierpiec@winston.com
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, IL 60601

/s/ Andrew Rothschild