IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) PLAYTEX PRODUCTS, INC., RC2 ) CORPORATION, LEARNING CURVE ) BRANDS, INC., and MEDELA, INC., ) ) Defendants. ) | No. 08 CV 2703 <br><br> Judge Lefkow <br><br> Magistrate Judge Schenkier |
| DINA SCALIA, JENNIFER SUAREZ and ) MARRISA LOPEZ, on behalf of herself and ) all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) PLAYTEX PRODUCTS, INC., RC2 ) CORPORATION, LEARNING CURVE ) BRANDS, INC., and MEDELA, INC., ) ) Defendants. ) | No. 08 CV 2828 <br> (Consolidated with 08 CV 2703) <br> Judge Lefkow <br><br> Magistrate Judge Schenkier |

**DEFENDANTS RC2 CORPORATION AND LEARNING CURVE BRANDS, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINTS**

1

NOW COME Defendants Learning Curve Brands, Inc. and RC2 Corporation (collectively "RC2"), by their counsel, Ice Miller LLP, and pursuant to Fed Rules of Civ. Proc. 9(b), 12(b)(1) and 12(b)(6), hereby move to dismiss Plaintiffs' Complaints for lack of standing or failure to state a claim upon which relief may be granted as more fully set forth in Defendants' Memorandum of Law submitted in support of this Motion.

Dated: July 2, 2008

        Respectfully submitted,

        RC2 CORPORATION and
        LEARNING CURVE BRANDS, INC.


        s/ Bart T. Murphy_____
        By one of their attorneys
        Bart T. Murphy
        Ice Miller LLP
        2300 Cabot Dr., Ste. 455
        Lisle, IL 60532
        630-955-6392

Bart T. Murphy
Jenee Straub
Thomas Hayes
Ice Miller, LLP
2300 Cabot Dr.
Lisle, IL 60532
630-955-6392

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of July, 2008, I caused a copy of the foregoing document, DEFENDANTS RC2 CORPORATION'S AND LEARNING CURVE BRANDS, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINTS, to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

                              s/Bart T. Murphy_____
                              Bart T. Murphy
                              Ice Miller LLP
                              2300 Cabot Dr., Ste,. 455
                              Lisle, IL 60532
                              (630) 955-6392

*Attorneys for Plaintiffs:*
      Mary Jane Fait (fait@whafh.com)
      Theodore B. Bell (tbell@whafh.com)
      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
      55 West Monroe St., Suite 1111
      Chicago, IL 60603
      (312) 984-0000

*Attorneys for Playtex Products, Inc.*
      Andrew Rothschild (arothschild@lewisrice.com)
      Richard B. Walsh, Jr. (rwalsh@lewisrice.com)
      LEWIS, RICE & FINGERSH
      500 N. Broadway, Suite 2000
      St. Louis, MO 63102
      (314) 444-7600

      Dexter G. Benoit (dbenoit@ngelaw.com)
      Robert E. Browne (rbrowne@ngelaw.com)
      NEAL, GERBER & EISENBERG
      Two North LaSalle St., Suite 2200
      Chicago, IL 60602
      (312) 269-8000

*Attorneys for Medela, Inc.*
      Susan M. Benton (sbenton@winston.com)
      Alexis MacDowall (amacdowall@winston.com)
      Charles W. Kierpiec (ckierpiec@winston.com)
      Kevin A. Banasik (kbanasik@winston.com)
      WINSTON & STRAWN LLP
      35 W. Wacker Dr.
      Chicago, IL 60601-9703
      (312) 558-5600