IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, | )<br>)<br>) | |
| | ) | No. 08 CV 2703 |
| Plaintiff, | )<br>) | |
| | ) | Judge Lefkow |
| v. | )<br>) | |
| | ) | Magistrate Judge Schenkier |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DINA SCALIA, JENNIFER SUAREZ and MARRISA LOPEZ, on behalf of herself and all others similarly situated, | )<br>)<br>) | |
| | ) | No. 08 CV 2828 |
| Plaintiff, | )<br>) | (Cons. with 08 CV 2703)<br>Judge Lefkow |
| v. | )<br>) | |
| | ) | Magistrate Judge Schenkier |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on July 8th, 2008 at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Joan Humphrey Lefkow or whomever may be designated to sit in her stead, in Courtroom 1925 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall

then and there present **DEFENDANTS RC2 CORPORATION AND LEARNING CURVE BRANDS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**.

        Respectfully submitted,

        RC2 CORPORATION and
        LEARNING CURVE BRANDS. INC.

        s/ Bart T. Murphy_____
        By one of their attorneys
        Bart T. Murphy
        ICE MILLER LLP
        2300 Cabot Dr., Ste. 455
        Lisle, IL 60532
        630-955-6392

Bart T. Murphy
Jenee Straub
Thomas Hayes
ICE MILLER LLP
2300 Cabot Dr., Suite 455
Lisle, IL  60532
630-955-6392

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 2nd day of July, 2008, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

*Attorneys for Plaintiffs Griselle Ramos and Dina Scalia, et al.*
    Mary Jane Fait (fait@whafh.com)
    Theodore B. Bell (tbell@whafh.com)

*Attorneys for Defendant Playtex Products, Inc.*
    Andrew Rothschild (arothschild@lewisrice.com)
    Richard B. Walsh, Jr. (rwalsh@lewisrice.com)
    Dexter G. Benoit (dbenoit@ngelaw.com)
    Robert E. Browne (rbrowne@ngelaw.com)

*Attorneys for Defendant Medela, Inc.*
    Susan M. Benton (sbenton@winston.com)
    Alexis MacDowall (amacdowall@winston.com)
    Charles W. Kierpiec (ckierpiec@winston.com)
    Kevin A. Banasik (kbanasik@winston.com)

                                      *s/ Bart T. Murphy*
                                      Bart T. Murphy
                                      ICE MILLER LLP
                                      2300 Cabot Dr., Suite 455
                                      Lisle, IL  60532
                                      (630) 955-6392