**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and all others similarly situated, | **Civil Action No. 08-CV-2703** |
| Plaintiff, | |
| v. | Judge Joan Humphrey Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | Magistrate Judge Schenkier |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |
| JESSICA SMITH, on behalf of herself and all others similarly situated, | Civil Action No. 08-CV-3352 |
| Plaintiff, | |
| v. | |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | Judge Joan Humphrey Lefkow |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

**LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT MEDELA INC.**

Defendant Medela Inc. ("Medela"), by its attorneys, Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Medela is wholly owned by its parent company, Medela Holding AG (Baar, Switzerland).

Dated: July 3, 2008

Respectfully submitted,

MEDELA INC.


By:  /s/ Susan M. Benton
       One of Its Attorneys

Susan M. Benton  (sbenton@winston.com)
Alexis MacDowall  (amacdowall@winston.com)
Kevin A. Banasik  (kbanasik@winston.com)
Charles W. Kierpiec  (ckierpiec@winston.com)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, I caused a copy of the foregoing document, LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT MEDELA INC., to be filed electronically. Notice of this filing will be sent to the attorneys listed below by operation of the Court's ECF system, which notice shall constitute service pursuant to Local Rule 5.9. Parties may access this filing through the Court's system.

*Attorneys for Plaintiff Jessica Smith:*

Elizabeth A. Fegan  (beth@hbsslaw.com)
Timothy P. Mahoney  (timm@hbsslaw.com)
Daniel J. Kurowski  (dank@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, Illinois  60301


*Attorneys for Plaintiffs in Ramos and Scalia cases:*

Mary Jane Fait  (fait@whafh.com)
Theodore B. Bell  (tbell@whafh.com)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603


*Attorneys for RC2 Corporation and Learning Curve Brands, Inc.:*

Bart Thomas Murphy  (bart.murphy@icemiller.com)
Thomas J. Hayes  (thomas.hayes@icemiller.com)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois  60532

*Attorneys for Playtex Products, Inc.:*

Andrew Rothschild  (arothschild@lewisrice.com)
Richard B. Walsh, Jr.  (rwalsh@lewisrice.com)
LEWIS, RICE & FINGERSH
500 North Broadway, Suite 2000
St. Louis, Missouri  63102

Dexter G. Benoit  (dbenoit@ngelaw.com)
Robert Edward Browne  (rbrowne@ngelaw.com)
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Suite 2200
Chicago, Illinois  60602

                                        /s/ Kevin A. Banasik