**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Grisselle Ramos
                                       Plaintiff,

v.                                                               Case No.: 1:08−cv−02703
                                                                        Honorable Joan H. Lefkow

Playtex Products, Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held on 7/8/2008. Defendant, Playtex Products, Inc.'s Motion to dismiss for lack of standing and/or for a more definite statement [62] and motion to sever[65] are entered and continued. Defendant, RC2's motion on to dismiss plaintiffs' class action complaint [68] is entered and continued. Plaintiffs to respond to the motions by 7/29/2008. Defendants to reply by 8/12/2008. Ruling will be by mail unless otherwise notified. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.