UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated, | |
| Plaintiff, | Case No. 08-CV-2703 |
| v. | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | Magistrate Judge Schenkier |
| Defendants. | |
| DINA SCALIA, et al., on behalf of themselves and others similarly situated, | |
| Plaintiffs, | Case No. 08-CV-2828 |
| v. | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | Magistrate Judge Ashman |
| Defendants. | |
| JESSICA SMITH, on behalf of herself and all others similarly situation, | |
| Plaintiff, | Case No. 08-CV-3352 |
| v. | Judge Lefkow |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | Magistrate Judge Brown |
| Defendants. | |

**DEFENDANT PLAYTEX PRODUCTS, INC.'S RESPONSE IN SUPPORT OF DEFENDANT MEDELA INC.'S MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER PURSUANT TO RULE 16(C)(12)**

1470895.02

Defendant Playtex Products, Inc. ("Playtex") hereby notifies the Court that it supports and joins in Defendant Medela Inc.'s Motion for Entry of a Case Management Order Pursuant to Rule 16(c)(2) (Dkt. # 46) ("Medela's Motion for CMO").

Medela's Motion for CMO overlaps to some degree with Playtex's Motion to Dismiss Plaintiffs' Complaints for Lack of Standing or, in the Alternative, for More Definite Statement (Dkt. # 62) ("Playtex's Motion to Dismiss"). Both motions, as well as other Defendants' Motion to Dismiss Plaintiffs' Class Action Complaints (Dkt. # 68), raise issues related to each Plaintiff's failure to state with specificity which of the three products manufactured by three different defendants she has purchased. The Court should require each Plaintiff to provide this information, whether it be as requested by Playtex or pursuant to a case management order as requested by Medela, and should dismiss any claims by any Plaintiff against any Defendant from whom she has not purchased that Defendant's product.

Medela's Motion for CMO also requests that the Court enter a case management order requiring Plaintiffs to present preliminary factual information that constitutes evidence of actual exposure to lead and the nature and the extent of such exposure. Although issues related to exposure were not raised in Playtex's Motion to Dismiss, Playtex agrees with Medela that Plaintiffs should be required to provide this information prior to the exchange of initial disclosures and any other discovery. This information is particularly important in these cases in view of the fact that Plaintiffs here seek to recover the costs of diagnostic testing necessary to detect lead poisoning to their children resulting from Defendants' alleged actions.

Finally, in the event that the Court grants Defendants' separate motions to sever claims, any Order that the Court enters in connection with Medela's Motion for CMO

2

should be made applicable to each of these cases as they proceed separately against each Defendant.

        Respectfully submitted,

        **LEWIS, RICE & FINGERSH, L.C.**

Dated: July 9, 2008        By:   /s/ Andrew Rothschild
        Andrew Rothschild, 90785356
        Richard B. Walsh, Jr., 6187007
        500 North Broadway, Suite 2000
        St. Louis, Missouri 63102
        (314) 444-7603
        (314) 612-7603 (facsimile)

        **NEAL, GERBER & EISENBERG, LLC**
        Robert E. Browne, 0321761
        Dexter G. Benoit, 6284677
        Two N. LaSalle Street, Suite 2200
        Chicago, Illinois 60602
        (312) 269-5225
        (312) 750-6418 (facsimile)

        *Counsel for Defendant Playtex Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2008, I caused a copy of the foregoing document, **DEFENDANT PLAYTEX PRODUCTS, INC.'S RESPONSE IN SUPPORT OF DEFENDANT MEDELA INC.'S MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER PURSUANT TO RULE 16(C)(12)**, to be filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*Counsel for Plaintiffs Ramos, Scalia, Suarez, and Lopez:*

| | |
|---|---|
| Mary Jane Fait | fait@whafh.com |
| Adam J. Levitt | alevitt@whafh.com |
| Theodore B. Bell | tbell@whafh.com |

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiff Smith:*

| | |
|---|---|
| Elizabeth A. Fegan | beth@hbsslaw.com |
| Timothy P. Mahoney | timm@hbsslaw.com |
| Daniel J. Kurowski | dank@hbsslaw.com |

HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Blvd., Suite B
Oak Park, IL 60301

*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.:*

| | |
|---|---|
| Bart T. Murphy | bart.murphy@icemiller.com |
| Thomas J. Hayes | Thomas.hayes@icemiller.com |
| Jenee M. Straub | Jenee.straub@icemiller.com |

ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532

*Counsel for Defendant Medela Inc.:*

| | |
|---|---|
| Susan M. Benton | sbenton@winston.com |
| Alexis T. MacDowall | amacdowall@winston.com |
| Kevin A. Banasik | kbanasik@winston.com |
| Charles W. Kierpiec | ckierpiec@winston.com |

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

                                                 /s/ Andrew Rothschild