UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>Defendants. | Case No. 08-CV-2703<br><br>Judge Lefkow<br><br>Mag. Judge Ashman |
| DINA SCALIA, JENNIFER SUAREZ, and MARISSA LOPEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.,<br><br>Defendants. | Case No. 08-CV-2828<br><br>Judge Lefkow<br><br>Mag. Judge Ashman |

## NOTICE OF FILING

**TO:**   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on July 10, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, *Plaintiffs' Response to Defendant Medela Inc.'s Motion For Entry of a Case Management Order Pursuant to Rule 16(c)(12),* a copy of which is attached and hereby served upon you.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2008 copies of **Plaintiffs' Response to Defendant Medela Inc.'s Motion For Entry of a Case Management Order Pursuant to Rule 16(c)(12),** was served by causing a true and correct copy of same to be delivered to defense counsel listed below via the Court's ECF system and by electronic transmission from the offices of Wolf Haldenstein Adler Freeman & Herz LLC.

Bart T. Murphy
Thomas J. Hayes
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, IL  60532
bart.murphy@icemiller.com
thomas.hayes@icemiller.com
*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.*

Andrew Rothschild
Richard Walsh, Jr.
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
arothschild@lewisrice.com
rwalsh@lewisrice.com
*Counsel for Defendant Playtex Products, Inc.*

Susan M. Benton
Alexis T. MacDowall
Kevin A. Banasik
Charles W. Kierpiec
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
sbenton@winston.com
amacdowall@winston.com
kbanasik@winston.com
ckierpiec@winston.com
*Counsel for Defendant Medela, Inc.*

Robert E. Browne
Dexter G. Benoit
**NEAL GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, Illinois  60602
Rbrowne@ngelaw.com
dbenoit@ngelaw.com
*Counsel for Defendant Playtex Products, Inc.*

Dated: July 10, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

     /s/ Mary Jane Fait     
Mary Jane Fait
Theodore B. Bell
John Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL  60603
Tel:    (312) 984-0000

*Counsel for Plaintiffs*

2