## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRISSELLE RAMOS, on behalf of herself and others similarly situated,<br><br>                                        Plaintiff,<br><br>   v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and PLAYTEX, INC.,<br><br>                                        Defendants. | Case No. 08-CV-2703<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |
| DINA SCALIA, *et al.*, on behalf of themselves and others similarly situated,<br><br>                                        Plaintiff,<br><br>   v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and PLAYTEX, INC.,<br><br>                                        Defendants. | Case No. 08-CV-2828<br><br>Judge Lefkow<br><br>Magistrate Judge Ashman |
| JESSICA SMITH, on behalf of herself and all others similarly situated,<br><br>                                        Plaintiff,<br><br>   v.<br><br>PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and PLAYTEX, INC.,<br><br>                                        Defendants. | Case No. 08-CV-3352<br><br>Judge Lefkow<br><br>Magistrate Judge Brown |

## **NOTICE OF MOTION**

**TO:**   See Attached Certificate of Service

PLEASE TAKE NOTICE that on **August 28, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, Plaintiffs, by their undersigned counsel, shall appear before the Honorable Judge Joan Humphrey Lefkow, or any Judge sitting in her stead, in the Courtroom usually occupied by her in Room 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiffs' Motion For Leave To File Their Consolidated Amended Complaint*, a copy of which is attached and hereby served upon you.

Dated: July 29, 2008                                     Respectfully submitted,

                                          **WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLC**

                                          __/s/ Mary Jane Fait_____
                                          Mary Jane Fait
                                          Theodore B. Bell
                                          John Tangren
                                          55 W. Monroe Street, Suite 1111
                                          Chicago, IL  60603
                                          Tel:    (312) 984-0000
                                          Fax:   (312) 984-0001

                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July, 2008 copies of ***Plaintiffs' Motion For Leave To File Their Consolidated Amended Complaint***, was served by causing a true and correct copy of same to be delivered to defense counsel listed below via electronic transmission and through the Court's ECF system.

| | |
|---|---|
| Bart T. Murphy<br>Thomas J. Hayes<br>**ICE MILLER LLP**<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>bart.murphy@icemiller.com<br>thomas.hayes@icemiller.com<br>*Counsel for Defendants RC2 Corporation and Learning Curve Brands, Inc.* | Susan M. Benton<br>Alexis T. MacDowall<br>Kevin A. Banasik<br>Charles W. Kierpiec<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>sbenton@winston.com<br>amacdowall@winston.com<br>kbanasik@winston.com<br>ckierpiec@winston.com<br>*Counsel for Defendant Medela, Inc.* |
| Andrew Rothschild<br>Richard Walsh, Jr.<br>**LEWIS, RICE & FINGERSH, L.C.**<br>500 North Broadway, Suite 2000<br>St. Louis, Missouri 63102<br>arothschild@lewisrice.com<br>rwalsh@lewisrice.com<br>*Counsel for Defendant Playtex Products, Inc.* | Robert E. Browne<br>Dexter G. Benoit<br>**NEAL GERBER & EISENBERG LLP**<br>Two N. LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>Rbrowne@ngelaw.com<br>dbenoit@ngelaw.com<br>*Counsel for Defendant Playtex Products, Inc.* |

Dated: July 29, 2008

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLC**

_____/s/ Mary Jane Fait_____
Mary Jane Fait
Theodore B. Bell
John Tangren
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel:  (312) 984-0000
Fax:  (312) 984-0001

***Counsel for Plaintiffs***

3