# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2703 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Ramos vs. Playtex Products, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendant Medela's motion to sever [26] granted. Plaintiff must refile its present claims as three separate complaints: (a) one against Playtex, (b) one against RC2 and Learning Curve, and © one against Medela. Defendant Playtex's motion to sever claims against Playtex [65] denied as moot. Plaintiffs' motion to strike defendant Medela's answers and defenses [43] denied as moot. Defendant Medela's motion for entry of a case management order [46] denied. Defendant Playtex's motion to dismiss [62] denied as moot. Defendants RC2 and Learning Curve's motion to dismiss [68] denied as moot. Plaintiffs' motion for leave to file their consolidated amended complaint [86] denied as moot.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|