**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Grisselle Ramos, et al.
                               Plaintiff,

v.                                               Case No.: 1:08−cv−02703
                                                      Honorable Joan H. Lefkow

Playtex Products, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:In−court hearing date of 8/28/2008 stricken, ruling having been issued, and no one need appear in court on 8/28/2008 in this case. Status hearing set for 10/7/2008 at 09:30 AM. Application to appear pro hac vice [80] is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.