# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:   08 CV 3352

JESSICA SMITH

v.

PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEARNING CURVE BRANDS, INC. (Defendant)

| | |
|---|---|
| NAME (Type or print) <br> Judith S. Okenfuss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Judith S. Okenfuss | |
| FIRM <br> Ice Miller LLP | |
| STREET ADDRESS <br> One American Square, Suite 2900 | |
| CITY/STATE/ZIP <br> Indianapolis, IN 46282 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 24351-49 | TELEPHONE NUMBER <br> 317-236-2115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes, in conjunction with Bart Murphy | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL          APPOINTED COUNSEL | |