**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2828 |
| DINA SCALIA, et al. | Lead Case: 08 CV 2703 |
| v. | |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RC2 CORPORATION (Defendant) and LEARNING CURVE BRANDS, INC. (Defendant)

| |
|---|
| NAME (Type or print) |
| Julianna M. Plawecki |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julianna M. Plawecki |
| FIRM |
| Ice Miller LLP |
| STREET ADDRESS |
| One American Square, Suite 2900 |
| CITY/STATE/ZIP |
| Indianapolis, IN 46282 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 24351-49 | 317-236-5851 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") No |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes, in conjunction with Bart Murphy |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL          APPOINTED COUNSEL |